IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:07CR389 |
| v. | ) | |
| DARA OUM, | ) | ORDER |
| Defendant. | ) | |

This matter is before the court on the government's motion to extend self-surrender date, Filing No. 90, for defendant Dara Oum until November 9, 2008. After reviewing the request, the court finds the motion should be granted.

THEREFORE, IT IS ORDERED that the government's motion, Filing No. 90, is granted, and defendant Dara Oum shall self-surrender on or after November 9, 2008.

DATED this 22nd day of August, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge