IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR389 |
| | ) | |
| v. | ) | |
| | ) | |
| DARA OUM, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on the parties' joint motion for a two-week continuance of defendant's self-surrender date, Filing No. 104, in order to prepare for a Rule 35 hearing. After reviewing the request, the court finds the motion will be granted as follows:

IT IS ORDERED:

1. A Rule 35 hearing is scheduled before the undersigned on **December 1, 2008, at 3:30 p.m.,** Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant may participate by phone by notifying chambers 24 hours before the hearing date of the phone number where the defendant can be reached.

2. Defendant Dara Oum's self-surrender date to the Bureau of Prisons is continued to on or after **December 7, 2008.**

DATED this 6th day of November, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge